**United States District Court**
For the Northern District of California

1
2
3
4
5 IN THE UNITED STATES DISTRICT COURT
6 FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8 LACEE OLIVAREZ,                                No.  CV 13-01918 JCS

9         Plaintiff,                            **ORDER**

10    v.

11 SONOMA COUNTY SHERRIFFS
   DEPARTMENT,
12
13         Defendant.
                                            /
14
15 GOOD CAUSE APPEARING THEREFOR,

16         IT IS ORDERED that this case is reassigned to the **Honorable Charles R. Breyer** in the

17 **San Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

18 bear the **initials CRB** immediately after the case number. All hearing dates presently scheduled are

19 vacated and motions should be renoticed for hearing before the judge to whom the case has been

20 reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

21 magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

22 for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

23 Civ. P. 72(b).

24
25                                        FOR THE EXECUTIVE COMMITTEE:
26
   Dated:  June 24, 2013
27                                        Richard W. Wieking
   rev 4-12                              Clerk of Court
28