WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1300
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEE OLIVAREZ, an individual<br><br>Plaintiff,<br><br>v.<br><br>SONOMA COUNTY SHERRIFF'S DEPARTMENT<br>and Does 1-50.<br><br>Defendants. | Case No. **C-13-1918 CRB**<br><br>**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br><br>L.R. 7-11 |

**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No. CGC-10-502054

**ORDER**

The Case Management Conference currently set for August 2, 2013 is vacated.  The Case Management Conference is now set for August 30, 2013 at 8:30.  Case Management Conference Statements are due on August 23, 2013.

**IT IS SO ORDERED**

DATED: August 1, 2013



Judge Charles R. Breyer

---

**ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No.  CGC-10-502054