IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LACEE OLIVAREZ,

        Plaintiff,

   v.

SONOMA COUNTY SHERRIFF'S DEPARTMENT,

        Defendant.
                                 /

No. C 13-01918 CRB

**ORDER TO SHOW CAUSE**

    Defendants filed a Motion to Dismiss (dkt. 11) on August 26, 2013. Plaintiff filed an amended complaint (dkt. 14) on September 23, 2013 but has yet to file a response to the Motion to Dismiss. Plaintiff is ordered to respond to the Motion to Dismiss on or before October 11, 2013. Defendant may file a reply brief by October 25, 2013. Oral argument will be heard on November 1, 2013.

**IT IS SO ORDERED.**

Dated: October 2, 2013

                                      CHARLES R. BREYER
                                      UNITED STATES DISTRICT JUDGE