**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LACEE OLIVAREZ,

       Plaintiff,

  v.

SONOMA COUNTY SHERRIFF'S
DEPARTMENT,

       Defendant.
_____/

No. C 13-01918 CRB

**ORDER DISMISSING CASE**

      Plaintiff failed to oppose Defendants' motion to dismiss, and so this Court ordered Plaintiff to show cause by October 11, 2013, why the case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  See dkt. 18.  Plaintiff failed to respond to the Court's Order.  Accordingly, the case is DISMISSED with prejudice.

      **IT IS SO ORDERED.**

Dated: October 15, 2013

                                     
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE