IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEE OLIVAREZ, | No. 3:13-CV-01918-CRB |
| Plaintiff, | **ORDER DIRECTING FILING OF EX PARTE APPLICATION** |
| v. | |
| COUNTY OF SONOMA, ET AL., | |
| Defendants. | |

Now pending for decision is the motion of attorney Waukeen McCoy to withdraw as counsel for plaintiff Lacee Olivarez in the above-captioned case. See generally Mot. to Withdraw (dkt. 72). Waukeen McCoy represented in his motion to withdraw that he is prepared to present the grounds for this motion to the court in camera. The Court hereby DIRECTS Waukeen McCoy to file within one week of the date of this order an ex parte application for in camera review of the grounds supporting the motion to withdraw.

**IT IS SO ORDERED.**

Dated: September 19, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE