IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEE OLIVAREZ, | No. 3:13-cv-01918-CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| SONOMA COUNTY SHERRIFFS DEPARTMENT, ET AL., | |
| Defendants. | |

The Court is in receipt of a letter from Dalton R. Carpenter, M.D., detailing that Waukeen McCoy failed to pay Dr. Carpenter the agreed-upon compensation for a deposition on October 1st in the above-titled matter.  See Letter (Dkt. 86).  Mr. McCoy is hereby ORDERED TO SHOW CAUSE by personal appearance on Monday, November 24, 2014, at 10:00 a.m. why this Court should not order Mr. McCoy to pay Dr. Carpenter the $1,500 that was purportedly agreed to as deposition compensation.

**IT IS SO ORDERED.**

Dated: November 14, 2014

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE