IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEE OLIVAREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>SONOMA COUNTY SHERIFFS DEPARTMENT, ET AL.,<br><br>    Defendants. | No. 3:13-cv-01918-CRB<br><br>**ORDER TO FILE SUPPLEMENTAL DECLARATION** |

    The Court previously received a letter from Dalton R. Carpenter, M.D., alleging that attorney Waukeen McCoy failed to pay Dr. Carpenter the agreed-upon compensation for a deposition on October 1, 2014, in the above-titled matter. See Letter (Dkt. 86). The Court ordered Mr. McCoy to show cause by personal appearance why this Court should not order Mr. McCoy to pay Dr. Carpenter the $1,500 that was purportedly agreed as deposition compensation. The Court has carefully reviewed the filings of both Dr. Carpenter and Mr. McCoy in relation to this matter, including Mr. McCoy's declaration (dkt. 89 at Attachment 1), and notes the discrepancy between Mr. McCoy's and Dr. Carpenter's descriptions of the fee that was agreed for the deposition. The Court also notes that Mr. McCoy's declaration does not address the fee agreed for the October 1 deposition, but rather describes fee schedules for previous depositions. Accordingly, the Court hereby ORDERS Mr. McCoy to file a supplemental declaration that specifically answers, under oath, the question whether

Mr. McCoy did or did not verbally agree to pay Dr. Carpenter $1,500 for the October 1 deposition and, if not, what fee was agreed for that deposition in particular. Mr. McCoy shall file such declaration with the Court on or before April 24, 2015.

**IT IS SO ORDERED.**

Dated: April 17, 2015

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE